IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 DEC 11 PM 3:37

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOHN ROUSE, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 99-PWG-1551-S |
| CITY OF BIRMINGHAM, ALABAMA, ET AL., | ) |
| Defendants. | ) |

ENTERED
DEC 11 2001

## O R D E R

The parties have filed with this court a Stipulation of Dismissal. Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this case is DISMISSED with prejudice, each party to bear its own cost.

DONE this the 11th day of December, 2001.

_____
PAUL W. GREENE
UNITED STATES MAGISTRATE JUDGE

43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN ROUSE, et al., )
)
    Plaintiffs, )
)
v. ) CV-99-PWG-1551-S
)
CITY OF BIRMINGHAM, ALABAMA, )
et al., )
)
    Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the action is dismissed with prejudice, each party to bear own cost.

FRANK S. JAMES III
BERKOWITZ, LEFKOVITS, ISOM
& KUSHNER
A Professional Corporation
SouthTrust Tower
420 North 20th Street, Suite 1600
Birmingham, AL 35203
(205) 328-0480
FAX: (205) 322-8007

Attorney for Defendants

MICHAEL T. LEIBIG
ZWERDLING, PAUL, LEIBIG,
KAHN, THOMPSON & WOLLY, PC
1421 Prince Street, Suite 400-A
Alexandria, VA 32314
(703) 299-4371
FAX: (703) 299-4375

JOHN QUINN
NAKAMURA, QUINN & WALLS, LLP
2100 1st Avenue North
Birmingham, AL 35203
(205) 323-8504
FAX: (205) 323-1102
Attorneys for Plaintiffs